135 F.3d 767
 45 ERC 2107
 U.S.
v.
Louis Serafini, Alfred Bernabei, Ernest Buttafoco, Michael
J. Naples, Jr., Empire Contracting Co., City of Scranton,
PA, American Can Co., Chamberlain Mfg. Corp., Litton Ind.
Inc., Litton Systems, Inc., Litton Business Systems, Inc.,
RCA Corp., Technographics, Inc., Technographics Fitchburg
Coated Products, Inc., John C. Baumann, Dora Bridy, Cecilia
E. Rinaldi, Dora Bridy, Personal Rep of Estate of Edward
Bridy, O.S.C. Company, Andrew Evanish,
 NO. 96-7081
 United States Court of Appeals,
Third Circuit.
 Dec 01, 1997
 
 1
 Appeal From: M.D.Pa. ,No.86cv01591 ,
 
 898 F.Supp. 287
 
 2
 Affirmed.